# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **STACI LEE HUNTER,** ) | |
| ) | |
| Plaintiff, ) | No. 3:12-cv-00124 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Griffin |
| ) | JURY DEMAND |
| **ATHENA ENTERPRISES, LLC,** ) | |
| **and MAHEESH "MIKE" PATEL,** ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties, having fully compromised and resolved all disputes between them, request the Court to DISMISS this matter with PREJUDICE, with each side to bear its own costs, fees (including attorney's fees), and expenses.

SO ORDERED, this ___ day of February, 2013.

---

JOHN T. NIXON
U.S. Senior District Judge

7/3037274.1

Submitted for entry by:

WALDRON, FANN & PARSLEY

/s/ R. Steven Waldron
R. Steven Waldron (No. 2767)
202 W. Main Street
Murfreesboro, TN 37130
Phone: (615) 890-7365

*Attorneys for Plaintiff*

BRADLEY ARANT BOULT CUMMINGS LLP

/s/ J. Craig Oliver
J. Craig Oliver (No. 16838)
John P. Rodgers (No. 30324)
1600 Division St., Suite 700
P.O. Box 340025
Nashville, TN 37203
Phone: (615) 252-2310

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system to R. Steven Waldron, Waldron, Fann & Parsley, 202 W. Main Street, Murfreesboro, TN 37130, on this 7th day of February, 2013.

/s/ J. Craig Oliver
J. Craig Oliver