IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STACI LEE HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:12-cv-00124 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Griffin |
| ATHENA ENTERPRISES, LLC, and | ) |
| MAHEESH "MIKE" PATEL, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties to this action have filed an Agreed Order of Dismissal with Prejudice, requesting the Court dismiss the case with each party to bear its own costs, fees, and expenses. (Doc. No. 27.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this 8th day of February, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT