UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| STACI LEE HUNTER | ) |
| | ) |
| Plaintiff, | ) Case No. 3:12CV00124 |
| | ) Judge Nixon |
| v. | ) |
| | ) |
| ATHENA ENTERPRISES, LLC, et al. | ) |
| | ) |
| Defendants. | ) |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on February 8, 2013.

KEITH THROCKMORTON, CLERK

s/ Hannah Blaney